UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

---

|  |  |
|---|---|
| **BANK OF AMERICA, NATIONAL ASSOCIATION,** | : : : : : : |
| Plaintiff, | : CIVIL ACTION : |
| | : CASE NO.: 1:18-cv-01890-MLB : |
| **LEE M. MELCHIONNI,** | : : |
| Defendant. | : : : : |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Bank of America, National Association, hereby files this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Defendant Lee M. Melchionni has not answered the Complaint or otherwise appeared in this matter.  Plaintiff therefore files this Notice dismissing the case in its entirety, without prejudice to refiling.

Respectfully Submitted this 2nd day of August, 2018

/s/ Amanda Wilson Speier
Amanda Wilson Speier, Esquire
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA, 30339

01260903-1

aspeier@taylorenglish.com
Telephone:  678-426-4618
Jason K. Roberts, Esquire *(pro hac vice)*
LaTi W. Spence, Esquire *(pro hac vice)*
Rubin, Fortunato & Harbison, P.C.
10 South Leopard Road Paoli, PA 19301
Telephone:  610-408-2056

*Attorneys for Plaintiff Bank of America, National Association*

## **CERTIFICATE OF SERVICE**

I Amanda Wilson Speier, Esquire, hereby certify that a true and correct copy of the foregoing *Notice of Voluntary Dismissal* was served via U.S. Mail on:

> Lee M. Melchionni
> 1537 Tryon Road NE
> Brookhaven, GA 30319
> *Defendant*

This 2nd day of August, 2018.

> /s/ Amanda Wilson Speier
> Amanda Wilson Speier, Esquire
> Taylor English Duma LLP
> 1600 Parkwood Circle
> Suite 200
> Atlanta, GA, 30339
> aspeier@taylorenglish.com
> Telephone:  678-426-4618

01260903-1